IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE


| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY | ) ) ) | |
| v. | ) ) | Civil No. 3:07-0515 Judge Trauger |
| DAN REIGLE, et al | ) | |

**O R D E R**

The parties have notified court personnel that this case has settled. It is hereby

**ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 7th day of December, 2007.

_____
ALETA A. TRAUGER
U.S. District Judge