# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Public Employees for Environmental Responsibility, ) ) ) Plaintiff, ) ) v. ) ) Dan Reigle and Regal Homes, Co., ) ) Defendant. ) ) | Civil Action No. 3:07-0515 <br><br> JUDGE TRAUGER |

## AGREED ORDER OF DISMISSAL

By the agreement of parties, as evidenced by the signatures of counsel below, Plaintiff's claims in this case are hereby dismissed with prejudice.

It is so **ORDERED**.

**ENTERED** this the  11th  day of  January , 2007.

_____
Aleta A. Trauger, District Judge

1

15403N:070786:759962:1:NASHVILLE

Case 3:07-cv-00515  Document 25  Filed 01/11/08  Page 1 of 2 PageID #: 85
Case 3:07-cv-00515  Document 24  Filed 12/27/2007  Page 1 of 2

APPROVED FOR ENTRY:

**ATTORNEYS FOR PLAINTIFF**

| | |
|---|---|
| s/ Albert F. Ettinger | s/Ray Throckmorton |
| Albert F. Ettinger | Ray T. Throckmorton |
| Brad Klein | BPR #16313 |
| Environmental Law & Policy Center | 306 Gay Street |
| 35 East Wacker Drive, Suite 1300 | Realtors Building |
| Chicago, Illinois 60601 | Nashville, TN 37201 |
| (312) 673-6500 | (615) 255-3559 |

 s/Terrance E. McNabb
Terrance E. McNabb, BPR #002592
Suite 400
101 church Street
Nashville, TN 37201
(615) 255-5555

**ATTORNEYS FOR DEFENDANTS:**

**STITES & HARBISON, PLLC**

 s/William L. Penny
William L. Penny, BPR # 009606
Elizabeth H. Ferguson, BPR #0020362
Fifth Third Center
424 Church Street, Suite 1800
Nashville, TN 37219-2376
(615) 244-5200

15403N:070786:759962:1:NASHVILLE 2

Case 3:07-cv-00515 Document 25 Filed 01/11/08 Page 2 of 2 PageID #: 86
Case 6:07-cv-00515 Document 24 Filed 12/27/2007 Page 2 of 2